# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *EMILIO JOSE RODRIGUEZ JARABO* and  
*SONIA TERESA SANTOS MIRABAL*

Case No. *10-07121 (ESL)*  
Chapter 7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| *PLAZA LAS AMERICAS, INC.* | *GARDEN HILLS BA-1* |

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one):
- ☒ Claimed as exempt
- ☐ Not claimed as exempt

---

**Property No. 2**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| *PRAMCO CV7, LLC* | *GARDEN HILLS BA-1* |

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one):
- ☒ Claimed as exempt
- ☐ Not claimed as exempt

**Property No. 3**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| ORIENTAL BANK | GARDEN HILLS BA-1 |

Property will be (check one):
☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one):
☒ Claimed as exempt     ☐ Not claimed as exempt

**Property No. 4**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| DEPARTMENT OF THE TREASURY | GARDEN HILLS BA-1 |

Property will be (check one):
☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one):
☒ Claimed as exempt     ☐ Not claimed as exempt

**Property No. 5**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Universal Insurance Co. | GARDEN HILLS BA-1 |

Property will be (check one):
☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one):
☒ Claimed as exempt     ☐ Not claimed as exempt

Part B - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:** <br> None | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes  ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: 09/03/2010        Debtor: *[signature]*

Date: 09/03/2010        Joint Debtor: *[signature]*