# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: EMILIO JOSE RODRIGUEZ JARABO and SONIA TERESA SANTOS MIRABAL
Case Number: 10-07121-ESL7　　　　　　　　　　　　　　　Chapter: 7
Date / Time / Room: 9/28/2010 9:00 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: MARITZA FEIJOO
Reporter / ECR: ADA LOPEZ

### Matter:

Doc# 15 Motion for Relief From Stay Under 362 filed by PRAMCO CV7 LLC
Doc# 19 Opposition by Trustee

### Appearances:

WILFREDO SEGARRA MIRANDA ✓
FERNANDO E LONGO QUINONES ✓

### Proceedings:

ORDER:

____ Upon debtor(s)' failure to: ____ oppose; ____ appear at the hearing scheduled for this date; ____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:
____ curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Movant's application to withdraw the motion is hereby granted.

X Other: Court recuses himself from case. Clerk to reassign forthwith to another judge. Hearing continued without a date; not to be rescheduled by judge the case is assigned to.

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge